**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**Case No. 5:24-cv-00116-JHM-LLK**

**RICHARD YATES,**                                                                        PETITIONER

v.

**IVAN KROW, Warden,**                                                                  RESPONDENT

**ORDER**

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Recommendations, and no objections having been filed thereto:

**IT IS HEREBY ORDERED** that the Court adopts the Findings of Fact and Recommendations as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254, [DN 1], is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED**. **IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Joseph H. McKinley Jr., Senior Judge
United States District Court

June 8, 2026

cc:     Counsel for Respondent
        Richard Yates, *pro se*

1